## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **MICHAEL DAWSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | **CIVIL ACTION 11-0110-CG-M** |
| **KATINA R. QUAITES,** | : | |
| | : | |
| **Defendant.** | : | |

_____

| | |
|---|---|
| **KATINA R. QUAITES and** | : |
| **BARONSKI JACKSON-LETT,** | : |
| | : |
| **Third-Party Plaintiffs,** | : |
| | : |
| **vs.** | : |
| | : |
| **LARRY LUCAS, LAURA HENSLEY,** | : |
| **and RICHARD E. CHENOWETH,** | : |
| | : |
| **Third-Party Defendants.** | : |

_____

| | |
|---|---|
| **KATINA R. QUAITES,** | : |
| | : |
| **Cross-Claim Plaintiff,** | : |
| **vs.** | : |
| | : |
| **MICHAEL DAWSON, *et al.*,** | : |
| | : |
| **Cross-Claim Defendant.** | : |

## <u>ORDER</u>

After due and proper consideration of all pleadings in this file, and a <u>de novo</u> determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court[1].

It is **ORDERED** that Plaintiff Dawson's Motion to Dismiss (Doc. 6) is **GRANTED**.

**DONE and ORDERED** this 6th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge's Recommendation does not address that portion of Dawson's Motion to Dismiss that seeks to dismiss any claims made against him by Baronski Jackson-Lett. The undersigned agrees that the Cross-Claim/Third-Party Complaint is so confusing and poorly drafted that it is difficult to tell what claims are brought by which claimants against which parties. However, if Baronski Jackson-Lett is attempting to bring claims in his own right against Dawson, they are due to be dismissed. Dawson asked that they be dismissed, in part, because Jackson-Lett is a minor and does not have the legal capacity to sue in his own right. The response to the motion to dismiss did not deny that allegation. Accordingly, if the Cross-Claim/Third-Party Complaint alleges causes of action against Dawson by Jackson-Lett, they are also dismissed.