IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL DAWSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 11-0110-CG-M |
| ) | |
| KATINA R. QUAITES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____) | |
| ) | |
| KATINA R. QUAITES, ) | |
| ) | |
| Third-party Plaintiff, ) | |
| ) | |
| BARONSKI JACKSON-LETT ) | |
| ) | |
| Third-Party Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| LARRY LUCAS; LAURA HENSLEY; ) | |
| RICHARD E. CHINOWETH, ) | |
| ) | |
| Third-Party Defendants. ) | |

**ORDER**

This matter is before the court on the consent motion to stay filed by defendant Katina Quaites (Doc. 27), in which the defendant moves for a stay of this action because she has been charged with a felony offense of assault in the 2nd degree in the Circuit Court of Baldwin County, and because her Fifth Amendment right against self incrimination in the criminal case is threatened by "the real and apparent threat" of this civil action.

Upon due consideration, and as the defendant represents that all parties consent to the motion, the motion to stay is **GRANTED**.   Therefore, this matter is hereby **STAYED** pending resolution of the felony indictment pending against Katina Quaites.  It is further **ORDERED** that this action be placed on the court's administrative docket

Upon receipt of a written notification from the parties that the Baldwin County Circuit Court case against Ms. Quaites has been resolved, this action will be placed on the court's active docket, the stay will be lifted, and the case will be referred to the magistrate judge for entry of an amended scheduling order.

**DONE and ORDERED** this 29th day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE