IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL DAWSON,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 11-0110-CG-M |
| **KATINA R. QUAITES,** | ) |
| Defendant, | ) |

**FINAL JUDGMENT**

In accordance with the court's order entered this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the plaintiff, Michael Dawson, and against the defendant, Katina R. Quiates with regard to plaintiff's state-law claim of assault and battery and state-law claim of negligence. Plaintiff's state-law claim of outrage against the defendant is hereby **DISMISSED WITH PREJUDICE**.

The court awards compensatory damages to plaintiff in the amount of $4,999.00. The court also awards punitive damages to plaintiff in the amount of $5,000.00. Costs are to be taxed against the defendant.

**DONE** and **ORDERED** this 13th day of September, 2012.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE